1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

13

|  | ) | Case Specific Number: 12-02037 CRB |
|---|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) | **MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| Roberta L. Stonehill, | ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **STIPULATION AND ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |
| Pfizer Pharmaceutical Company, Inc., including its subsidiary Pharmacia & Upjohn Company, | ) ) ) | |
| Defendant. | ) ) ) ) | |

23    Come now the *Pro Se* Plaintiff, Roberta L. Stonehill, and Defendants, by and through the

24  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

25  stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'

26  //

27  //

28  //

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1 fees and costs. *SUBJECT TO RECEIPT BY PLAINTIFF OF FULL*

2 *SETTLEMENT $HONORED BY BANK*

3 DATED: *7/13*, 2012 By: _____

4        Roberta L. Stonehill
         P.O. Box 1441
5        Toms River, NJ  08754-1441
         Telephone: (732) 270-8910
6

7        *Plaintiff Pro Se*

8 DATED: *July 20*, 2012 By: _____

9

10        DLA PIPER LLP (US)
         1251 Avenue of the Americas
11        New York, NY  0020
         Telephone: (212) 335-4500
         Facsimile: (212) 335-4501
12

13        *Defendants' Liaison Counsel*

14

15 **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
16 IT IS SO ORDERED.**

17 Dated: July 23, 2012

18     Hon. Charles R. Breyer
19     United States District Court

IT IS SO ORDERED

Judge Charles R. Breyer

20

21

22

23

24

25

26

27

28

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE