UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>Roberta L. Stonehill,<br><br>　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>Pfizer Pharmaceutical Company, Inc., including its subsidiary Pharmacia & Upjohn Company,<br><br>　　　　　　　Defendant. | Case Specific Number: 12-02037 CRB<br><br>**MDL NO. 1699**<br>**District Judge:** Charles R. Breyer<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

　　　Come now the *Pro Se* Plaintiff, Roberta L. Stonehill, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'

//

//

//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

fees and costs. SUBJECT TO RECEIPT BY PLAINTIFF OF FULL SETTLEMENT $ HONORED BY BANK

DATED: 7/13, 2012    By: _____

Roberta L. Stonehill
P.O. Box 1441
Toms River, NJ 08754-1441
Telephone: (732) 270-8910

*Plaintiff Pro Se*

DATED: July 20, 2012    By: Michelle Salmusky /LKT

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 0020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: July 23, 2012

_____
Hon. Charles R. Breyer
United States District

**IT IS SO ORDERED**
Judge Charles R. Breyer